1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

10

CHANELLE WILLS, an individual,

11

        Plaintiff,

12

   vs.

13

14  TARGET CORPORATION, a
Minnesota corporation; DOE 1

15  (STORE MANAGER); and DOES 2 to
50, inclusive.

16

17         Defendants.

18

19

Case No.: 5:24-cv-01015-AB-SHK

*Assigned to Hon. Andre Birotte, Jr., District Judge; Hon. Shahshi H. Kewalramani, Magistrate Judge*

**[~~PROPOSED~~] ORDER ON STIPULATION TO REMAND CASE TO STATE COURT AND DISMISS DOE 1 (STORE MANAGER)**

20  ///

21

22  ///

23  ///

24

25  ///

26  ///

27

28  ///

**1**

Pursuant to the stipulation of the parties, it is hereby ordered as follows:

1. Defendant DOE 1 (STORE MANAGER) is dismissed from this action, without prejudice.

2. This matter is remanded to the Superior Court of the State of California in and for the County of Riverside, Riverside County Court Case No. CVRI2401881.

**IT IS SO ORDERED.**

Dated: November 13, 2024        _____

HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT COURT